1
2
3
4
5
6
7
8
9                   United States District Court

10                 Eastern District of California

11

12

13  Charles B. Ford,

14          Petitioner,              No. Civ. S 05-0366 MCE PAN P

15      vs.                         Order

16  A. P. Kane, Warden,

17          Respondent.

18                              -oOo-

19      July 20, 2005, respondent requested an extension of time to

20  file and serve an answer.  Good cause appearing, respondent's

21  request is granted and time is extended until 30 days from the

22  date this order is signed.

23      So ordered.

24      Dated:  August 2, 2005.

25
                                    /s/ Peter A. Nowinski
26                                  PETER A. NOWINSKI
                                    Magistrate Judge