United States District Court

Eastern District of California

Charles B. Ford,

      Petitioner,　　　　　　　　　No. Civ. S 05-0366 MCE PAN P

  vs.　　　　　　　　　　　　　　　Order

A. P. Kane, Warden,

      Respondent.

-oOo-

September 14, 2005, respondent requested an extension of time to file and serve an answer to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  September 20, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge